

# NUMBER 13-24-00125-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

NATALIE AGUILAR,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

## ON APPEAL FROM THE 28TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Longoria**

Upon review of the documents before the Court, it appears there is no final appealable order. On February 16, 2024, appellant filed a notice of appeal attempting to appeal a conviction in trial court cause number 17FC-1495A. In response to a late brief notice, appellant filed a response informing that the trial court granted a new trial on April

3, 2024, and included a copy of the trial court's order with the response. Therefore, the Court is now without jurisdiction, as there is no final judgment of conviction before it.

Generally, a state appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Exceptions to the general rule include: (1) certain appeals while on deferred adjudication community supervision, *Kirk v. State*, 942 S.W.2d 624, 625 (Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond, Tex. R. App. P. 31.1; *McKown*, 915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus relief, *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.); *McKown*, 915 S.W.2d at 161.

Our review of the documents before the Court shows that appellant's case is still pending in the trial court. Moreover, the notice of appeal cannot be construed as premature because it was filed before the trial court made a finding of guilt or received a jury verdict. *See* Tex. R. App. P. 27.1(b). Therefore, this cause is dismissed for want of jurisdiction.

NORA L. LONGORIA
Justice

Do not publish.
Tex. R. App. P. 47.2 (b).

Delivered and filed on the
28th day of August, 2024.

2